


FILED

JUL 1 3 2007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                              )    Case No. 07-21176-C-7
                                   )
PATRICK J. GLAVIN and              )    MC No. MDE-1
MAURA C. GLAVIN                    )
                                   )
        Debtors.                   )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**
**ON MOTION FOR RELIEF FROM AUTOMATIC STAY NOT INTENDED FOR PUBLICATION**

These findings of fact and conclusions of law, which are not intended for publication, are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

### Jurisdiction

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(G).

### Findings of Fact

Debtors filed their voluntary chapter 7 petition on



February 22, 2007. They scheduled real property commonly known as 100 Breakwater Way, Vacaville, CA 95688 ("property") as property of the estate. The first meeting of creditors was held on April 3, 2007. The chapter 7 trustee filed a report finding that there is no property available for distribution from the estate over and above that exempted by the debtors. Debtors were discharged from all dischargeable debts on June 14, 2007.

On May 30, 2007, Wells Fargo Bank ("movant") filed a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to foreclose upon the property. The fair market value of the property is approximately $610,000.00. Movant has a lien on the property in the approximate amount of $338,456.72. There are other liens against the property in the approximate amount of $198,058.55.

No opposition to the motion was filed within the time prescribed by Local Bankruptcy Rule 9014-1(f)(1). The parties have consented to taking evidence by affidavit and have not demonstrated that there is any disputed material factual issue that would warrant an evidentiary hearing. See L. Bankr. R. 9014-1(f)(1). The evidentiary record is closed. Id.

Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

## Conclusions of Law

The automatic stay of acts against debtor in personam

1   expires when the debtor is granted a discharge. 11 U.S.C.
2   § 362(c)(2)(C). Acts against property of the estate remain
3   stayed until the earliest of the time when the bankruptcy case
4   is closed, dismissed, or the property ceases to be property of
5   the estate. 11 U.S.C. § 362(c). The automatic stay may be
6   terminated earlier if debtor fails to protect the secured
7   party's interest adequately, § 362(d)(1), and, with respect to
8   a stay of an act against property, debtor does not have equity
9   in the property, § 362(d)(2)(A), and the property is not
10  necessary to an effective reorganization. 11 U.S.C. §
11  362(d)(2)(B). The issue of whether the property is necessary
12  to an effective reorganization is not considered in a chapter 7
13  case because no reorganization is contemplated in a chapter 7
14  case.

Although the debtors appear to have any equity in the property, since the debtors were granted a discharge, the automatic stay has expired as to the debtors. Thus, the motion insofar as it is directed at the interest of the debtors is moot and will be denied.

However, the motion will be granted as to the interest of the trustee.

An appropriate order will issue.

Dated: July 13, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

      On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Patrick J. Glavin
Maura C. Glavin
100 Breakwater Way
Vacaville, CA 95688

Matthew J. Gilbert, Esq.
2601 Nut Tree Road, #A
Vacaville, CA 95687

Mark D. Estle
The Estle Law Firm
12520 High Bluff Drive, Suite 265
San Diego, CA 92130

Stephen M. Reynolds
P.O. Box 1917
Davis, CA 95617

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA 95814

Dated: 7/16/07

_____
Deputy Clerk